# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-3640

_____

Michael John Bui

*Plaintiff - Appellant*

v.

U.S. Attorney's Office

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 2, 2016
Filed: May 4, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Michael Bui appeals after the District Court[1] dismissed his petition for a writ of mandamus.  Upon careful de novo review, see Hart v. United States, 630 F.3d 1085, 1088 (8th Cir. 2011) (reviewing de novo the dismissal of a complaint for lack of subject-matter jurisdiction based on sovereign immunity), we conclude that dismissal was proper, see Borntrager v. Stevas, 772 F.2d 419, 420 (8th Cir.) ("[M]andamus may issue against an officer of the United States only when the plaintiff has a clear right to relief, the defendant has a clear duty to perform the act in question, and the plaintiff has no adequate alternative remedy."), cert. denied, 474 U.S. 1008 (1985); see also Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (noting that a pleading "must contain sufficient factual matter" to state a claim that is plausible on its face in order to avoid dismissal); In re Lombardi, 741 F.3d 888, 893–94 (8th Cir.) (en banc) (explaining the standards for granting a petition for writ of mandamus), cert. denied, 134 S. Ct. 1790 (2014).  Accordingly, we affirm.

_____

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.